IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

ADRIENNE SMORRA

CASE NO.: GL15-00426
HON: John T. Gregg
Chapter 13
FILED: January 30, 2015

Debtor

_____/

## AFFIDAVIT AND NOTICE OF DEFAULT

**(1)** On April 21, 2015 the Chapter 13 Trustee and the Debtor(s) entered an agreement which states the case will be dismissed on failure of the Debtor(s) to:

    **(a)** Provide the Trustee with the vehicle titles, motor home title, real estate insurance, vehicle insurance, 2013 income tax returns and submit the ACH paperwork by May 5, 2015.

**(2)** Debtor(s) has not complied with the terms of that agreement in that Debtor(s) have failed to:

    **(a)** Provide the Trustee with the vehicle titles, motor home title, real estate insurance, vehicle insurance, 2013 income tax returns and submit the ACH paperwork by May 5, 2015.

**(3)** Pursuant to the terms of said agreement the Trustee requests the Order Dismissing this cases be entered.

Dated: May 12, 2015

/s/ Barbara P. Foley
Affiant on behalf of
Barbara Foley, Chapter 13 Trustee
425 W. Michigan Ave.
Kalamazoo, MI 49007
(269) 343-0305